

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Edward R Flores

                                   **Plaintiff,**

                                V.

Kilolo Kijakazi
Acting Commissioner of Social Security

                                **Defendant.**

Civil Action No.    22-cv-01047-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Joint Motion is GRANTED.
Accordingly, IT IS HEREBY ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the ALJ decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision. The Judgment is in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. Case is closed.

**Date:**      3/2/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ L. Sotelo
                              L. Sotelo, Deputy